# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TEDDY PIPKIN**                                                                                 **PLAINTIFF**

v.                                       No. 4:24-cv-767-DPM

**SOCIAL SECURITY
ADMINISTRATION, Commissioner**                                              **DEFENDANT**

## ORDER

Unopposed recommendation, *Doc. 9*, adopted. Fed. R. Civ. P. 72(b)(1983 addition to advisory committee notes). The unopposed motion to remand for further administrative proceedings, *Doc. 8*, is granted. Pipkin's claim will be dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 January 2025