IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TEDDY PIPKIN                                                         PLAINTIFF

v.                            No. 4:24-cv-767-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                          DEFENDANT

## JUDGMENT

Pipkin's claim is dismissed without prejudice and remanded for further administrative review. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101-02 (1991).

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 January 2025