IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TEDDY PIPKIN                                                                                    PLAINTIFF

v.                              No. 4:24-cv-767-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                            DEFENDANT

## ORDER

Motion for attorney's fees, *Doc. 12*, noted. The Court needs clarification on the total fee sought. Pipkin's motion says $7,900. His lawyer's declaration says $8,575.16. *Doc. 12-1 at 3*. And the Commissioner does not object to the $7,900 figure. *Doc. 13*. Clarifying papers due by 28 February 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 February 2025