IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TEDDY PIPKIN                                                                    PLAINTIFF

v.                               No. 4:24-cv-767-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                    DEFENDANT

### ORDER

The Government doesn't object to Pipkin's amended motion for an award of fees under 28 U.S.C. § 2412(d). The hours are reasonable, and the parties settled on $7,900. The unopposed motion, *Doc. 14*, is therefore granted. The Court awards $7,900, payable directly to Pipkin, subject to any offset to satisfy any preexisting debt owed to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Pipkin's lawyer. *Doc. 12* is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 March 2025